UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JASON COFFEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 08-289-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| WHITLEY COUNTY DETENTION | ) | **ORDER** |
| CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Jason Coffey filed the instant *pro se* civil rights action asserting claims under 42 U.S.C. § 1983. On April 7, 2009, Coffey's case was referred to United States Magistrate Judge Edward B. Atkins for the purpose of conducting further proceedings, including preparing proposed findings of fact and recommendations on any dispositive motions. [R. 23.] Subsequently, motions for summary judgment were filed by the remaining Defendants.[1] [*See* Rs. 76 and 77.] The Plaintiff filed a single response [R. 80] to both motions. Judge Atkins issued his Report and Recommendation [R. 86] relating to the motions for summary judgment on December 21, 2010.

Judge Atkins recommends that the Court grant both summary judgment motions. Specifically, he concludes that the statute of limitations bars Coffey's claims against Defendant Health Professionals, Ltd., and, even if it did not, those claims lack substantive merit. [R. 86 at 9, 16.] Additionally, Magistrate Judge Atkins concludes that Coffey cannot prevail on his claims

---

[1] Before referral to the Magistrate Judge, the Plaintiff's claims against the Whitley County Detention Center ("WCDC") as well as his claims against Kenneth Mobley and the Medical Director of the WCDC in their official capacities were dismissed with prejudice. [*See* R. 16.]

against Kenneth Mobley and the Medical Director of the Whitley County Detention Center in their individual capacities because there is no genuine issue of material fact regarding whether they were deliberately indifferent to Coffey's serious medical needs. [*Id.* at 9-15.] The Report and Recommendation advises the parties that objections must be filed within fourteen (14) days of service or further appeal is waived. [*Id*. at 16-17.] Neither party has filed objections or sought an extension of time to do so. Thus, pursuant to 28 U.S.C. § 636(b)(1), this Court will adopt the Report and Recommendation.

Accordingly, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [R. 86] is **ADOPTED** as and for the opinion of this Court;

2. The Defendants' Motions for Summary Judgment [Rs. 76 and 77] are **GRANTED**;

3. Judgment is entered contemporaneously herewith; and

4. This is a final and appealable Order.

This the 27th day of January, 2011.

Signed By:
*Gregory F. Van Tatenhove*
**United States District Judge**